# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MCKINNON, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF MERCED,<br><br>　　　　Defendant. | Case No. 1:18-cv-01124-LJO-SAB<br><br>ORDER DIRECTING OFFICE OF THE CLERK TO TERMINATE ATTORNEY DONALD PAUL BIRD II<br><br>(ECF No. 29) |

On May 22, 2019, attorneys for Plaintiffs filed a notice informing the Court that attorney Donald Paul Bird, II, no longer represents Plaintiffs in this matter. Accordingly, the Office of the Clerk is directed to terminate attorney Donald Paul Bird, II, as an attorney in this matter.

IT IS SO ORDERED.

Dated: __**May 31, 2019**__　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1