# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL McKINNON, et al., | Case No. 1:18-cv-01124-NONE-SAB |
| Plaintiffs, | ORDER VACATING ALL DATES AND MATTERS AND REQUIRING PLAINTIFF TO FILE MOTION FOR APPROVAL OF SETTLEMENT UPON NOTICE OF SETTLEMENT |
| v. | |
| CITY OF MERCED, | |
| Defendant. | SIXTY DAY DEADLINE |

This matter is proceeding as a collective action under the Fair Labor Standards Act. On May 15, 2020, the parties filed a notice of settlement informing the Court that the parties have reached settlement resolving this action. Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file the necessary documents seeking approval of the settlement within sixty (60) days of the date of entry of this order.

IT IS SO ORDERED.

Dated: **May 14, 2020**

UNITED STATES MAGISTRATE JUDGE

1