UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| NATHANIEL MCKINNON, et al,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF MERCED,<br><br>    Defendant. | Case No.: 1:18-cv-01124-NONE-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE SETTLEMENT DOCUMENTS<br><br>(ECF No. 40) |

On May 14, 2020, the parties filed a notice of settlement and an order issued requiring a motion for approval of the settlement to be filed within sixty days. On July 13, 2020, a stipulation was filed for an extension of time to file the motion for approval of the settlement. Having considered the stipulation, the Court finds good cause to grant the request. Accordingly, IT IS HEREBY ORDERED that Plaintiffs shall file a motion for approval of the settlement on or before **July 17, 2020**.

IT IS SO ORDERED.

Dated:   **July 14, 2020**

UNITED STATES MAGISTRATE JUDGE

1