UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MCKINNON, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF MERCED,<br><br>　　　　Defendant. | No. 1:18-cv-01124-NONE-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING APPROVAL OF SETTLEMENT OF COLLECTIVE ACTION<br><br>(Doc. Nos. 42, 43) |

　　Plaintiffs Nathaniel McKinnon, Courtney Bohanan, Edward Drum, Timothy Gaches, Joseph Perez, and Luis R. Solis, on behalf of themselves and all others similarly situated, filed this collective action against defendant City of Merced alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.* (Doc. No. 2.) On July 16, 2020, the parties filed a joint motion for approval of their settlement agreement. (Doc. No. 42.) The motion was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　On August 19, 2020, the assigned magistrate judge issued findings and recommendations to grant the joint motion for approval of the settlement agreement. (Doc. No. 43.) The findings and recommendations contained notice that any objections were to be filed within fourteen (14)

/////

1

days from the date of service. Neither party objected to the findings and recommendations and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a de novo review of this case. Having carefully reviewed the case, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on August 19, 2020 (Doc. No. 43) are adopted;
2. The parties' settlement agreement is approved as fair and reasonable;
3. The joint motion for approval of the settlement agreement (Doc. No. 42) is granted;
4. This action is dismissed with prejudice; and
5. The Clerk of the Court is directed to assign a district judge to this case for the purpose of closure and to close this case.

IT IS SO ORDERED.

Dated:   **September 22, 2020**                    /s/ Dale A. Drozd
                                                  UNITED STATES DISTRICT JUDGE